IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DWIGHT A. WILLIAMS,

    Petitioner,                                  JUDGMENT IN A CIVIL CASE

v.                                            Case No. 17-cv-685-bbc

JOHN E. LITSCHER,

    Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Dwight A. Williams for a writ of corpus under 28 U.S.C. § 2254 and dismissing this case with prejudice.

/s/                                                    11/9/2017

Peter Oppeneer, Clerk of Court                        Date